No. 97–1414. CALDERON, WARDEN v. McDOWELL. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 97–1448. RATELLE, WARDEN, ET AL. v. FARMER. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 97–8042. DIAS v. BOGINS. C. A. 1st Cir. Certiorari denied. JUSTICE SOUTER took no part in the consideration or decision of this petition.

No. 97–1107. LAUGHLIN ET AL. v. PEROT ET AL., 522 U. S. 1148;

No. 97–1143. IN RE RICHARDSON, 522 U. S. 1118;

No. 97–1186. MIZELL v. UNITED STATES, *ante*, p. 1005;

No. 97–6691. ONE JUVENILE MALE v. UNITED STATES, *ante*, p. 1007;

No. 97–6836. WEE ET UX. v. ANDREWS ET AL., *ante*, p. 1007;

No. 97–6980. YOUNG v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS, 522 U. S. 1121;

No. 97–7009. JOHNSON v. VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL., 522 U. S. 1122;

No. 97–7013. MORRIS v. BELL, WARDEN, 522 U. S. 1149;

No. 97–7339. LAWRENCE v. EVANS, WARDEN, *ante*, p. 1007;

No. 97–7399. WHITE v. SHEESLEY, *ante*, p. 1009;

No. 97–7426. WHITE v. TATE, WARDEN, *ante*, p. 1009;

No. 97–7684. ADAMS v. UNITED STATES, 522 U. S. 1152; and

No. 97–7686. LOWERY v. UNITED STATES, 522 U. S. 1152. Petitions for rehearing denied.

APRIL 28, 1998

No. A–801. McFARLAND v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. Application for certificate of probable cause and stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.